IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDRAS HERNANDEZ BATZ,<br><br>                Petitioner,<br><br>vs.<br><br>PETER BERG, St. Paul Field Office Director, Immigration and Customs Enforcement and Removal Operations (ICE/ERO), et al.,<br><br>                Respondents. | 7:26-CV-5000<br><br>JUDGMENT |

    For the reasons stated in the accompanying memorandum and order, judgment is entered in favor of the petitioner. The government shall provide the petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and the corresponding regulations on or before February 9, 2026, or else the petitioner must be immediately released from detention.

    Dated this 2nd day of February, 2026.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge